IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARIA VARNAS as Special Administrator** of the Estate of Brandon S. Lynch, Deceased. | ) ) ) |
| **Plaintiff,** | ) ) ) Case No. 2:24-cv-02193 |
| v. | ) ) |
| **Conner Thompson, et al.** | ) ) |
| **Defendants.** | ) ) |

## MOTION TO DISMISS

COMES NOW the Defendants, Conner Thompson and City of Olathe, Kansas and moves this Court for an order dismissing Plaintiff's action on the grounds that:

1. Plaintiff fails to assert facts sufficient to state a plausible claim under any theory as required by Fed. R. Civ. P. 12(b)(6);

2. Defendant Thompson's use of lethal force was objectively reasonable under the circumstance presented.

3. Defendant Thompson is entitled to qualified immunity;

4. Plaintiff fails to state a *Monell* claim against the City.

WHEREFORE, the Defendants respectfully request that this Court enter its order dismissing Plaintiff's action with prejudice, for their costs and attorney's fees pursuant to 42 U.S.C. § 1983 and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**

/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS  66210
(913) 339-6757 / Fax: (913) 339-6187
mseck@fpsslaw.com
**ATTORNEY FOR DEFENDANTS**

### CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2024, I electronically filed the foregoing document with the Clerk of the District Court, and a copy was served via e-mail on the following:

Michelle Marvel, #23511
Nikki Cannezzaro, #20138
Cannezzaro Marvel, LLC
4717 Grand Ave., Suite 130
Kansas City, MO 64112
mmarvel@cmlawkc.com
nikki@cmlawkc.com
**ATTORNEYS FOR PLAINTIFFS**

/s/ Michael K. Seck
Michael K. Seck