IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARIA VARNAS as Special Administrator of the Estate of Brandon S. Lynch, Deceased**,<br><br>        Plaintiff,<br><br>  *vs.*<br><br>**CONNER THOMPSON**, and **THE CITY OF OLATHE, KANSAS,**<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Case No. 2:24-cv-02193<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT

NOW on this 23rd day of July, 2025, Plaintiff and Defendants appear before the Court to obtain approval of a wrongful death settlement and Release of All Claims (Exhibit C). Trial by jury was expressly waived by Plaintiff, and the parties agree to submit all issues in this proposed settlement to the Court for determination. Upon testimony taken and the pleadings herein, the Court does make the following findings:

1. Plaintiff Maria Varnas, as the natural mother of Brandon Lynch, asserts this action alleging negligence and wrongful death against Defendants in connection to the death of her son on December 31, 2022.

2. Plaintiff is the proper party to bring suit under K.S.A. 60-1901.

3. The Court has proper jurisdiction and venue over the parties and subject matter.

4. Defendants have denied liability and continue to deny liability.

5. Plaintiff and Defendants have reached a confidential settlement resolving Plaintiff's claims against Defendants. Pursuant to the settlement, Plaintiff will release any and all claims

1

against Defendants related to the death of Brandon Lynch and will dismiss this action with prejudice.

6. The details of the parties' settlement are described in a confidential document titled Release of All Claims (Exhibit C), which has been reviewed by the Court. Said document has been withdrawn by the parties and shall not be contained within the Court's file.

7. The details of Plaintiff's proposed settlement disbursement has been fully set forth to the Court, including identification of heirs of the decedent, apportionment of the settlement, Plaintiff's attorneys' expenses, and Plaintiff's attorneys' fees, as reflected in Exhibits A and B, which have been reviewed by the Court. Said documents have been withdrawn by the parties and shall not be contained within the Court's file.

8. The Court finds that evidence has been presented demonstrating that the Decedent's father, John Lynch, was duly provided with proper and sufficient notice of the settlement hearing in accordance with applicable law. Despite such notice, the father did not appear, object, or otherwise participate in these proceedings. The Court further finds that all interested parties have been properly served or notified, and no objections have been filed or raised.

9. Through a review of the above-referenced documents and statements made to the Court, the parties have reached a just, valid, and equitable settlement regarding Plaintiff's claims against Defendants.

10. The parties desire the court to approve the settlement.

11. Plaintiff requested the Court to approve the apportionment of the settlement proceeds for the wrongful death claim pursuant to K.S.A. 60-1905 and approval of attorneys' fees and expenses.

12. The Court finds, on review of the documents, that the attorneys' fees and expenses are just, valid, and reasonable.

13. The parties requested the Court approve the distribution and net settlement proceeds, pursuant to K.S.A. 60-1905, to the heirs at law of Brandon Lynch, in the percentages set forth below: 100% to Plaintiff Maria Varnas (mother).

14. The Court finds that the deceased, Brandon Lynch, had no children and was unmarried at the time of his death.

15. The Court finds the above distribution allocation as just, fair, and reasonable.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Court grants motion (Doc. 46) for Approval of Wrongful Death Settlement.

2. The Court finds that the settlement and allocation of the settlement are fair and reasonable such that the Court approves this settlement.

3. Plaintiff is authorized and directed to execute a Release and a Receipt and Satisfaction of Judgment acknowledging receipt of the sum agreed upon in full satisfaction of any and all claims for damages Plaintiff now or in the future may have as a result of the accident pled herein against the Defendants.

4. The Court approves the payment to counsel for attorney's fees and expenses, which amount is to be paid to counsel out of the settlement proceeds herein.

5. All documents having been properly executed and filed with the Court, Defendants are ordered released and forever discharged from any further liability to Plaintiff as it relates to the death of Brandon Lynch.

**IT IS SO ORDERED.**

Dated:  July 23, 2025

                                          _s/ Julie A. Robinson_
                                          HONORABLE JULIE A. ROBINSON
                                          U.S. DISTRICT JUDGE